# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  STEVE M STONE JR  §
        ENDREAH L STONE  §  Case No.: 09-30340
        §
        §
        §
    Debtor(s)  §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)    The case was filed on 08/18/2009.

    2)    This case was confirmed on 10/29/2009.

    3)    The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)    The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2010.

    5)    The case was converted on 08/18/2010.

    6)    Number of months from filing to the last payment:  9

    7)    Number of months case was pending:  15

    8)    Total value of assets abandoned by court order:  NA

    9)    Total value of assets exempted: $    55,790.00

    10)    Amount of unsecured claims discharged without payment $    .00

    11)    All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 5,749.76 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 5,749.76 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,841.35 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 408.24 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,249.59 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICREDIT FINANCIA | SECURED | 8,550.00 | 8,825.00 | 8,825.00 | 1,478.39 | 324.09 |
| AMERICREDIT FINANCIA | UNSECURED | 1,536.00 | 1,272.96 | 1,272.96 | .00 | .00 |
| CHASE AUTO FINANCE | SECURED | 15,350.00 | 22,307.34 | 20,974.00 | 325.12 | 343.57 |
| CHASE AUTO FINANCE | UNSECURED | 5,624.00 | .00 | 1,333.34 | .00 | .00 |
| ACL INC | UNSECURED | 19.00 | NA | NA | .00 | .00 |
| DISH NETWORK | UNSECURED | 197.00 | NA | NA | .00 | .00 |
| ANESTHESIOLOGISTS LT | UNSECURED | 71.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 544.00 | 544.98 | 544.98 | .00 | .00 |
| AT&T | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| ATLANTIC CREDIT & FI | UNSECURED | 827.00 | 827.47 | 827.47 | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 104.00 | NA | NA | .00 | .00 |
| CARDIOVASCULAR CONSU | UNSECURED | 14.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 830.00 | 831.68 | 831.68 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 319.53 | NA | NA | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | 828.00 | NA | NA | .00 | .00 |
| H F MEDICAL ASSOCIAT | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| DR MICHAEL E BECK | UNSECURED | 12.00 | NA | NA | .00 | .00 |
| ENVIRONMENTAL & RESP | UNSECURED | 41.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 216.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 134.00 | NA | NA | .00 | .00 |
| ADVOCATE CHRIST MEDI | UNSECURED | 97.00 | NA | NA | .00 | .00 |
| PALOS COMMUNITY HOSP | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| HEART CENTER | UNSECURED | 10.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HOMEWOOD FLOSSMOOR M | UNSECURED | 242.00 | NA | NA | .00 | .00 |
| HY CITE FINANCE | UNSECURED | 392.00 | NA | NA | .00 | .00 |
| GOOD SAMARITAN HOSPI | UNSECURED | 987.00 | NA | NA | .00 | .00 |
| HIGH TEC MEDICAL PAR | UNSECURED | 316.00 | NA | NA | .00 | .00 |
| O REILLY MEDICAL CON | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| ADVOCATE MEDICAL GRO | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| SALUTE VISA GOLD | UNSECURED | 607.00 | NA | NA | .00 | .00 |
| LITTLE CO MARY HOSPI | UNSECURED | 106.00 | NA | NA | .00 | .00 |
| MED1 02 PALOS EMERGE | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| MID AMERICA BANK/AFF | UNSECURED | 1,306.00 | 1,300.28 | 1,300.28 | .00 | .00 |
| NATIONAL GEOGRAPHIC | UNSECURED | 62.00 | NA | NA | .00 | .00 |
| NEUROLOGY ASSOCIATES | UNSECURED | 33.00 | NA | NA | .00 | .00 |
| OREILLY MEDICAL CONS | UNSECURED | 94.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 787.00 | 787.09 | 787.09 | .00 | .00 |
| RADIOLOGY IMAGING SP | UNSECURED | 36.00 | NA | NA | .00 | .00 |
| RETINA VITREOUS ASSO | UNSECURED | 157.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 607.00 | 607.37 | 607.37 | .00 | .00 |
| SCIENCE FICTION BOOK | UNSECURED | 88.00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 283.00 | NA | NA | .00 | .00 |
| TFC CREDIT CORP | UNSECURED | 5,007.00 | NA | NA | .00 | .00 |
| T-MOBILE/T-MOBILE US | UNSECURED | 796.00 | 396.99 | 396.99 | .00 | .00 |
| TRAUMA & SURGICAL SP | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| STAN KMIECIK | OTHER | .00 | NA | NA | .00 | .00 |
| STATE FARM INSURANCE | UNSECURED | .00 | 5,475.91 | 5,475.91 | .00 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 29.00 | 29.00 | .00 |
| ADVANCE AMERICA | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| ALWAD MEDICAL CENTER | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ATG CREDIT LLC | UNSECURED | 36.45 | NA | NA | .00 | .00 |
| BATSON CHIROPRACTIC | UNSECURED | 179.20 | NA | NA | .00 | .00 |
| CASHNET USA | UNSECURED | 660.25 | NA | NA | .00 | .00 |
| CHRIST HOSPITAL | UNSECURED | 15,654.00 | NA | NA | .00 | .00 |
| DOVCO | UNSECURED | 5,835.90 | NA | NA | .00 | .00 |
| I C SYSTEMS INC | UNSECURED | 598.33 | NA | NA | .00 | .00 |
| MIDWEST DIAGNOSTIC P | UNSECURED | 569.00 | NA | NA | .00 | .00 |
| PEDIATRIX MEDICAL GR | UNSECURED | 230.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 179.54 | NA | NA | .00 | .00 |
| SOUTHWEST OB/GYN TIN | UNSECURED | 1,040.00 | NA | NA | .00 | .00 |
| US CELLULAR | UNSECURED | 191.77 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 29,799.00 | 1,803.51 | 667.66 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 29,799.00 | 1,803.51 | 667.66 |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 29.00 | 29.00 | .00 |
| **TOTAL PRIORITY:** | 29.00 | 29.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 13,378.07 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,249.59 |
| Disbursements to Creditors | $ | 2,500.17 |
| **TOTAL DISBURSEMENTS:** | $ | 5,749.76 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   11/22/2010            /s/ Tom Vaughn
                               Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**